Charles D. **WILLINGHAM**,
Plaintiff–Appellant,

v.

Lynn **SUMMERS**, Supt. Hoke CI; G. **Crutchfield**, Asst. Programs Hoke CI; K. **Stand Back**, Asst. Hoke CI; **Smith**, Medical Dept. Hoke CI; Roy **Cooper**, Gen.; Robert C. **Lewis**, Dir. Chief, Defendants–Appellees.

No. 13–6160.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 18, 2013.

Decided: April 26, 2013.

Charles D. Willingham, Appellant Pro Se.

Before DAVIS, WYNN, and THACKER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles D. Willingham, a North Carolina prisoner, seeks to appeal the district court's order waiving payment of an initial partial filing fee and directing Willingham's correctional institution to withhold and transmit partial payments toward the filing fee. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545–47, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Willingham seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*